IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01657-GPG

JASON EDWARDS, Reg. #22706-031,

    Applicant,

v.

WARDEN, FCI Florence, Florence, Colorado,

    Respondent.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.CivR 8.1(a) and (b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate  judge.

    DATED September 30, 2015, at Denver, Colorado.

                                         BY THE COURT:

                                         s/ Gordon P. Gallagher

                                         _____
                                         United States Magistrate Judge